IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO.: 17-00225-KD-N |
| | ) | |
| MICHAEL DEVANE OVERTON | ) | |
| Defendant | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant **MICHAEL DEVANE OVERTON** by consent (Doc. 56), has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count One of the Superseding Indictment charging a violation of 18 U.S.C. § 922(g)(4) prohibited person in possession of a firearm/ammunition (involuntarily committed to a mental health facility).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary and the offense charged is supported by an independent basis in fact as to each of the essential elements of the offense. The Court therefore recommends that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ORDERED** this **23rd** day of **May 2018**.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.